NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-10419 |
| Plaintiff-Appellee, | D.C. No. 1:03-cr-00516-HG-1 |
| v. | |
| ANDY K. TAKATA, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Hawaii
Helen W. Gillmor, District Judge, Presiding

Submitted June 11, 2019[**]

Before:    CANBY, GRABER, and MURGUIA, Circuit Judges.

Andy K. Takata appeals from the district court's judgment and challenges

the 18-month sentence imposed upon his third revocation of supervised release.

We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Takata contends that the district court erred by failing to explain the

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

sentence adequately.  We review for plain error, *see United States v. Valencia-Barragan,* 608 F.3d 1103, 1108 (9th Cir. 2010), and conclude that there is none. The record reflects that the district court sufficiently explained its reasons for imposing the above-Guidelines sentence, including Takata's repeated violations and his unsuitability for supervised release.  *See United States v. Carty*, 520 F.3d 984, 992 (9th Cir. 2008) (en banc).  Moreover, contrary to Takata's contention, the record reflects that the district court relied on only proper sentencing factors.  *See* 18 U.S.C. § 3583(e); *United States v. Simtob*, 485 F.3d 1058, 1062 (9th Cir. 2007) (the seriousness of underlying offense "may be considered to a lesser degree as part of the criminal history of the violator").

Takata also contends that the sentence is substantively unreasonable.  The district court did not abuse its discretion.  *See Gall v. United States*, 552 U.S. 38, 51 (2007).  The sentence is substantively reasonable in light of the 18 U.S.C. § 3583(e) sentencing factors and the totality of the circumstances.  *See Gall*, 552 U.S. at 51.

Takata's motion to take judicial notice of state court records is granted.

**AFFIRMED.**

18-10419